## 31582. HERRING v. HERRING.

PER CURIAM.

Appellant appeals the dismissal of his complaint by the trial court. The suit sought to set aside an order of the Cobb Superior Court which was affirmed by this court in *Herring v. Herring,* 233 Ga. 484 (211 SE2d 893 (1975).

The enumerations of error are without merit.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 24, 1976 — DECIDED DECEMBER 1, 1976.

William F. Herring, *pro se.*
R. R. Kirby, for appellee.